1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Guy Tortice,                                           )        No. CV 05-3345-PHX-MHM
                                                       )
           Plaintiff,                                  )        **ORDER**
                                                       )
vs.                                                    )
                                                       )
                                                       )
Joseph Arpaio; et al.,                                 )
                                                       )
           Defendants.                                 )
                                                       )
_____ )

16    Plaintiff, Guy Tortice, filed his Civil Rights Complaint on October 21, 2005. (Dkt.#1).

17 On March 30, 2006 the Court issued a screen order advising Plaintiff that "at all times during

18 the pendency of this action, Plaintiff shall immediately advise the Court and the United States

19 Marshal of any change of address and its effective date.  (Dkt.#3).  On April 3, 2006

20 Plaintiff's copy of the March 30, 2006 orders were returned by the post-office with the

21 notation "Return to Sender" and "Unable to Forward." (Dkt.#5,6).  On April 17, 2006, the

22 Magistrate Judge directed the Plaintiff to show cause by May 15, 2006 why this action

23 should not be dismissed for failure to prosecute pursuant to Rule 41(b) Fed.R.Civ.P.

24 (Dkt.#7).    The copy of the Magistrate Judge's order was returned by the post-office.

25 (Dkt.#8).

26    The Magistrate Judge filed his Report and Recommendation on May 19, 2006

27 recommending that Plaintiff's case be dismissed without prejudice pursuant to Local Rule

28 83.3(d) LR Civ.P and Rule 41(b), Fed. R. Civ. P.  (Dkt.#9).  The Court notes that the

1  Plaintiff's copy of the Report and Recommendation has been returned by the post-office.

2  (Dkt.#10).  The Court finds itself in agreement with the Report and Recommendation of the

3  Magistrate Judge.

4      **Accordingly,**

5      **IT IS HEREBY ORDERED** adopting the Report and Recommendation of the

6  Magistrate Judge  as the order of this Court. (Dkt.#9).

7      **IT IS FURTHER ORDERED** dismissing this case for Plaintiff's failure to comply

8  with Rule 83.3(d), Local Rules of Civil Procedure for the United States District Court for the

9  District of Arizona and Rule 41(b), Fed. R. Civ. P.

10      DATED this 12th day of June, 2006.

11

12

13  _____

     Mary H. Murgula
14   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -